# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMERICAN LUNG ASSOCIATION, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 19-1140 (and consolidated cases) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| Respondents. | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL FOR STATE OF ALASKA** |

Thomas Mooney-Myers, Assistant Attorney General, provides notice of his appearance as counsel for the State of Alaska, replacing Garrison Todd, who has left the Alaska Attorney General's Office. Thomas Mooney-Myers will serve as counsel for the State of Alaska, and hereby requests copies of all further pleadings, filings, or other documents related to this matter be served upon him.

DATED: June 12, 2026.

Respectfully submitted,

CORI MILLS
ACTING ATTORNEY GENERAL

By:    *s/ Thomas Mooney-Myers*
Thomas Mooney-Myers (Alaska Bar No. 2205038)
Assistant Attorney General
State of Alaska, Attorney General's Office
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-3035
Email: thomas.mooney-myers@alaska.gov