**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

AMERICAN LUNG ASSOCIATION, and AMERICAN PUBLIC HEALTH ASSOCIATION,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and ANDREW R WHEELER, Administrator, United States Environmental Protection Agency,

*Defendants*.

No. 19-1140 (and consolidated cases)

## NOTICE OF WITHDRAWAL

The Chamber of Commerce of the United States of America, Intervenor for Respondent, provides notice that Scott A. Keller must withdraw from this matter due to his forthcoming departure from Lehotsky Keller Cohn LLP.  The Chamber of Commerce of the United States of America will continue to be represented by Jeremy Maltz, who has previously entered a notice of appearance.  No party will be prejudiced by the withdrawal.

Respectfully submitted,

*Scott A. Keller*

Scott A. Keller

LEHOTSKY KELLER LLP

200 Massachusetts Ave. NW

Washington, DC 20001

(512) 693-8350

scott@lkcfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*Scott A. Keller*

Scott A. Keller