ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| THE NORTH AMERICAN COAL CORPORATION, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency, <br><br> *Respondents*. | Case No. 19-1179 <br> Lead Case No. 19-1140 <br> (and consolidated cases) |

**STATEMENT OF ISSUES TO BE RAISED
OF PETITIONER THE NORTH AMERICAN COAL CORPORATION**

Pursuant to this Court's Order of September 11, 2019 (Doc. # 1806060), Petitioner The North American Coal Corporation ("NA Coal") submits the following Statement of Issues to be Raised in challenging the final rule issued by the United States Environmental Protection Agency, entitled "Emission Guidelines for Greenhouse Gas Emissions From Existing Electric Utility Generating Units." 84 Fed. Reg. 32520 (July 8, 2019). NA Coal expects to raise the following issues:

1. Whether EPA's failure to properly consider whether electric utility generating units, in emitting carbon dioxide, "cause[ ], or contribute[ ]

significantly to, air pollution which may reasonably be anticipated to endanger public health or welfare," as required by Clean Air Act Section 111(b)(1)(A), was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

2. Whether EPA exceeded its authority under Clean Air Act Section 111(d) by promulgating standards of performance for sources in source categories that are already regulated under Section 112.

NA Coal reserves the right to refine or supplement these issues in subsequent submissions, including to present and argue any other issues that have been preserved for judicial review.

Dated: October 7, 2019                Respectfully submitted,

                                       /s/ Charles T. Wehland

                                       Charles T. Wehland*
                                        *Counsel of Record
                                       JONES DAY
                                       77 West Wacker Drive, Suite 3500
                                       Chicago, IL 60601-1692
                                       Tel: (312) 782-3939
                                       Fax: (312) 782-8585
                                       ctwehland@jonesday.com

                                       Jeffery D. Ubersax
                                       Robert E. Johnson
                                       JONES DAY
                                       North Point
                                       901 Lakeside Avenue
                                       Cleveland, OH 44114
                                       Tel: (216) 586-3939

Fax: (216) 579-0212
jdubersax@jonesday.com
robertjohnson@jonesday.com

Shay Dvoretzky
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 879-1600
sdvoretzky@jonesday.com

*Counsel for Petitioner The North American Coal Corporation*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(c), I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the CM/ECF system.

    /s/ Charles T. Wehland
Charles T. Wehland