**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | No. 19-1140 (and consolidated cases) |

**NOTICE OF PATAGONIA WORKS AND COLUMBIA SPORTSWEAR COMPANY OF INTENT TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF STATE AND MUNICIPAL, PUBLIC HEALTH AND ENVIRONMENTAL, POWER COMPANY, AND CLEAN ENERGY TRADE ASSOCIATION PETITIONERS**

Pursuant to D.C. Circuit Rule 29(b), Patagonia Works and Columbia Sportswear Company respectfully notify this Court of their intent to file a brief as amici curiae in support of State and Municipal, Public Health and Environmental, Power Company, and Clean Energy Trade Association Petitioners by April 24, 2020, in accordance with the briefing schedule issued by this Court on January 31, 2020 (Doc. 1826621), as modified on March 23,

2020 (Doc. 1834847). In a Notice filed March 20, 2020 (Doc. 1834502), all parties consented to the filing of amicus briefs "in support of any party, or no party, provided amici comply with Federal Rule of Appellate Procedure 29, D.C. Circuit Rule 29, and this Court's orders."

A Rule 26.1 Statement is attached.

Respectfully submitted,

*/s/ Ethan G. Shenkman*

Ethan G. Shenkman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
ethan.shenkman@arnoldporter.com

*Counsel for Amici Curiae Patagonia Works and Columbia Sportswear Company*

April 17, 2020

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Respondents. | No. 19-1140 (and consolidated cases) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), undersigned counsel certifies:

Amicus Patagonia Works is a private benefit corporation organized under the laws of California and headquartered in Ventura, California. Patagonia Works has no parent company; no publicly held company has a 10% or greater ownership interest in Patagonia Works; and Patagonia Works does not have any members who have issued shares or debt securities to the public.

Amicus Columbia Sportswear Company is a publicly traded company organized under the laws of Oregon and headquartered in Portland, Oregon. Columbia Sportswear Company has no parent company; no publicly held

company has a 10% or greater ownership interest in Columbia Sportswear Company; and Columbia Sportswear Company does not have any members who have issued shares or debt securities to the public.

Patagonia Works and Columbia Sportswear Company manufacture and sell outdoor apparel and equipment. They intend to submit an amicus brief in support of petitioners to provide the Court with information about how the EPA rule under review will uniquely impact the outdoor recreation industry.

Respectfully submitted,

*/s/ Ethan G. Shenkman*
Ethan G. Shenkman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
ethan.shenkman@arnoldporter.com

*Counsel for Amici Curiae Patagonia Works and Columbia Sportswear Company*

April 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that, on April 17, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which served a copy of the document on all counsel of record in the case.

Respectfully submitted,

*/s/ Ethan G. Shenkman*

Ethan G. Shenkman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
ethan.shenkman@arnoldporter.com

*Counsel for Amici Curiae Patagonia Works and Columbia Sportswear Company*