# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-1140　　　　　　　　　　　　　　　　　　September Term, 2023

EPA-84FR32520

**Filed On:** May 15, 2024

American Lung Association and American Public
Health Association,

　　　　　Petitioners

　　v.

Environmental Protection Agency and Jane
Nishida, Acting Administrator,

　　　　　Respondents

------------------------------

AEP Generating Company, et al.,
　　　　　Intervenors

------------------------------

Consolidated with 19-1165, 19-1166, 19-1173,
19-1175, 19-1176, 19-1177, 19-1179, 19-1185,
19-1186, 19-1187, 19-1188

　　　**BEFORE:**　　Millett, Pillard, and Walker, Circuit Judges

### O R D E R

　　Upon consideration of the status report filed May 13, 2024, and the the EPA's publication in the Federal Register on May 9, 2024, of a final rule entitled, "New Source Performance Standards for Greenhouse Gas Emissions from New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions from Existing Fossil Fuel-Fired Electric Generating Units; and Repeal of the Affordable Clean Energy Rule," 89 Fed. Reg. 39798, it is

　　**ORDERED**, on the court's own motion, that the parties file motions to govern further proceedings, not to exceed 2,600 words, within 30 days of the date of this order.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk