# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 19-1140**  **September Term, 2023**

EPA-84FR32520

**Filed On:** June 25, 2024

American Lung Association and American Public Health Association,

    Petitioners

    v.

Environmental Protection Agency and Jane Nishida, Acting Administrator,

    Respondents

------------------------------

AEP Generating Company, et al.,
    Intervenors

------------------------------

Consolidated with 19-1165, 19-1166, 19-1173, 19-1175, 19-1176, 19-1177, 19-1179, 19-1185, 19-1186, 19-1187, 19-1188

    **BEFORE:**    Millett, Pillard, and Walker, Circuit Judges

## O R D E R

    Upon consideration of petitioner American Lung Association's unopposed motion to govern, it is

    **ORDERED** that the motion be granted, and the unresolved part of these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern within 30 days of the disposition of the petitions for review in <u>West Virginia v. EPA</u>, No. 24-1120 (D.C. Cir. filed May 9, 2024) (and consolidated cases).

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk