**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **AMERICAN LUNG ASSOCIATION, *et al.*** <br><br> ***Petitioners,*** <br><br> **v.** <br><br> **United States Environmental Protection Agency, *et al.*** <br><br> ***Respondents.*** | § § § § § § § § § § § § | **No. 19-1140 (and consolidated cases)** |

---

**STATE OF TEXAS' NOTICE OF
SUBSTITUTION OF COUNSEL**

---

Please take notice that Ian Lancaster, Assistant Attorney General, provides notice of his appearance as counsel for the State of Texas, replacing Wesley S. Williams who is no longer with the Office of the Attorney General of Texas. Mr. Lancaster will serve as counsel of record for the State of Texas, and hereby requests copies of all further pleadings, filings, or other documents related to this matter be served upon him.

Dated: September 29, 2026

Respectfully submitted,

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

WILLIAM D. WASSDORF
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

***/s/ Ian Lancaster***
IAN LANCASTER
Assistant Attorney General
D.C. Circuit Bar No. 65461
Ian.Lancaster@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

***Counsel for Petitioner***
***State of Texas***

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

***/s/ Ian Lancaster***
IAN LANCASTER