**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Respondents. | Case No. 19-1140 (and consolidated cases) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that the City and County of Denver (CO) respectfully substitutes Kristin Brainerd, Assistant Attorney for the City and County of Denver (CO), as counsel of record in place of Robert A. Wolf, former Assistant Attorney for the City and County of Denver (CO).

Dated: October 28, 2026

Respectfully submitted,

By: */s/Kristin Brainerd*
Kristin Brainerd
Assistant City Attorney

City and County of Denver
201 W. Colfax Ave., Dept. 1207
Denver, CO 80202
(720) 913-3275
kristin.@denvergov.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Shannon Egan*
Shannon Egan, Paralegal